TOWN OF WADESBORO v. FRED J. COXE AND WIFE, ELIZABETH D. COXE, AND JAMES A. HARDISON AND WIFE, LILLIAN H. HARDISON.

(Filed 29 November, 1939.)

**Appeal and Error § 2—**

No appeal lies from the refusal of a motion to dismiss.

APPEAL by defendants from *Sink, J.,* at September Term, 1939, of ANSON.

*Robinson, Pruette & Caudle for plaintiff, appellee.*
*B. M. Covington for defendants, appellants.*

PER CURIAM. This is an appeal from an order denying a motion to dismiss the action. The appeal must be dismissed, since no appeal lies from a refusal to dismiss an action. *Johnson v. Ins. Co.,* 215 N. C., 120, and cases there cited.

Appeal dismissed.